MATTHEW M. BRACKEN     10267
County Attorney
MARK L. BRADBURY       9352
Deputy County Attorney
Office of the County Attorney
4444 Rice Street, Suite 220
Līhuʻe, Hawaiʻi 96766
Telephone:  (808) 241-4930
Facsimile:  (808) 241-6319
E-Mail: mbracken@kauai.gov
        mbradbury@kauai.gov

Attorneys for Defendants
DEREK KAWAKAMI, ARRYL
KANESHIRO and COUNTY OF KAUAʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| HAWAIIAN KINGDOM, | ) | CIVIL NO. CV21-00243 LEK-RT |
| --- | --- | --- |
| | ) | (Other Civil Rights) |
| Plaintiff, | ) | |
| | ) | DEFENDANTS DEREK |
| vs. | ) | KAWAKAMI, ARRYL KANESHIRO |
| | ) | AND COUNTY OF KAUAʻI'S |
| JOSEPH ROBINETTE BIDEN JR., | ) | MOTION TO DISMISS PLAINTIFF'S |
| in his official capacity as President of | ) | COMPLAINT FOR DECLARATORY |
| the United States; KAMALA | ) | AND INJUNCTIVE RELIEF FILED |
| HARRIS, in her official capacity as | ) | ON MAY 20, 2021 [ECF NO. 1]; |
| Vice-President and President of the | ) | MEMORANDUM IN SUPPORT OF |
| United States Senate; ADMIRAL | ) | MOTION; EXHIBIT A; |
| JOHN AQUILINO, in his official | ) | CERTIFICATE OF SERVICE |
| capacity a Commander, U.S. Indo- | ) | |
| Pacific Command; et al., | ) | District Judge: Hon. Leslie E. |
| | ) | Kobayashi |
| Defendants. | ) | |
| | ) | Magistrate Judge: Hon. Rom A. Trader |
| | ) | |
| _____ | ) | No Trial Date Set |

### DEFENDANTS DEREK KAWAKAMI, ARRYL KANESHIRO AND COUNTY OF KAUA'I'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FILED ON MAY 20, 2021 [ECF NO. 1]

COMES NOW, Defendants DEREK KAWAKAMI, in his official capacity as Mayor of the County of Kaua'i ("Mayor Kawakami"), ARRYL KANESHIRO, in his official capacity as Chair of the Kaua'i County Council ("Chair Kaneshiro") and COUNTY OF KAUA'I ("County") (collectively referred to as "County Defendants"), by and through their undersigned attorneys hereby file this Motion to Dismiss Plaintiff's Complaint for Declaratory and Injunctive Relief filed on May 20, 2021 [ECF No. 1] ("Complaint") pursuant to Rule 7 of the Federal Rules of Civil Procedure ("FRCP") and Rule 7.1 of the Local Rules of Practice for the United States District Court for the District of Hawai'i ("LR").

The motion to dismiss is made on the following grounds: (1) this Court lacks subject matter jurisdiction as required by FRCP 12(b)(1); and (2) Plaintiff HAWAIIAN KINGDOM ("Kingdom") has failed to state facts entitling it to the relief it requests as required by FRCP 12(b)(6).  This motion is based on the record and files herein, argument of counsel, and any evidence adduced during the hearing on this motion.

### Hawai'i District Local Rule 7.8 Compliance

This motion is made following the conference of counsel pursuant to LR 7.8 which took place on June 24, 2021.

DATED: Līhuʻe, Kauaʻi, Hawaiʻi, July 1, 2021.

                                  MATTHEW M. BRACKEN
                                  County Attorney

                                  /s/ Mark L. Bradbury
                                MARK L. BRADBURY
                                Deputy County Attorney

                                Attorneys for Defendants
                                DEREK KAWAKAMI, ARRYL
                                KANESHIRO, and COUNTY OF
                                KAUAʻI