ELIZABETH A. STRANCE   4715
Corporation Counsel

MARK D. DISHER    8987
DAKOTA K. FRENZ    8468
Deputies Corporation Counsel
Office of the Corporation Counsel
County of Hawaiʻi
101 Aupuni Street, Suite 325
Hilo, Hawaiʻi 96720
Telephone: (808) 961-8251
Facsimile:  (808) 961-8622
E-mail: mark.disher@hawaiicounty.gov

Attorneys for Defendants
COUNTY OF HAWAIʻI, MITCHELL ROTH,
and MAILE DAVID

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HAWAIIAN KINGDOM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH ROBINETTE BIDEN, JR., in his official capacity as President of the United States; et al.,<br><br>　　　　Defendants. | Case No. CV 21-00243 LEK-RT (Declaratory and Injunctive Relief)<br><br>DEFENDANTS COUNTY OF HAWAIʻI, MITCHELL ROTH, AND MAILE DAVID'S **SUBSTANTIVE JOINDER** TO *DEFENDANTS DEREK KAWAKAMI, ARRLY KANESHIRO, AND COUNTY OF KAUAʻI'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FILED ON MAY 20, 2021  [ECF NO. 1]* FILED JULY 1, 2021 [ECF NO. 15]; MEMORANDUM IN SUPPORT OF SUBSTANTIVE JOINDER; DECLARATION OF MARK D. DISHER; EXHIBIT "1"; CERTIFICATE OF SERVICE |

District Judge: Hon. Leslie E. Kobayashi

Magistrate Judge: Hon. Rom A. Trader

No Trial Date Set

**DEFENDANTS COUNTY OF HAWAIʻI, MITCHELL ROTH, AND MAILE DAVID'S SUBSTANTIVE JOINDER TO *DEFENDANTS DEREK KAWAKAMI, ARRLY KANESHIRO, AND COUNTY OF KAUAʻI'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FILED ON MAY 20, 2021 [ECF NO. 1]* FILED JULY 1, 2021 [ECF NO. 15]**

Defendants COUNTY OF HAWAI`I ("Hawaiʻi County"), MITCHELL ROTH, in his official capacity as Mayor of the County of Hawaiʻi ("Mayor Roth"), and MAILE DAVID, in her official capacity as Chair of the Hawaiʻi County Council ("Chair David") (hereinafter collectively referred to as "Hawaiʻi County Defendants"), by and through their attorneys, hereby submits this **Substantive Joinder** to *Defendants DEREK KAWAKAMI, ARRLY KANESHIRO, and COUNTY OF KAUAʻI's Motion to Dismiss Plaintiff's Complaint for Declaratory and Injunctive Relief filed on May 20, 2021 [ECF NO. 1]* filed on July 1, 2021 [ECF #15] ("Kauaʻi County's Motion").

Hawaiʻi County Defendants substantively join in Kauaʻi County Defendants' argument, that Plaintiff HAWAIIAN KINGDOM's ("Plaintiff") *Complaint for Declaratory and Injunctive Relief* filed on May 20, 2021 [ECF #1] ("*Complaint*") be dismissed with prejudice pursuant to Federal Rules of Civil

2

Procedure ("FRCP") Rules 12(b)(1) and 12(b)(6) because: (1) this Court lacks subject matter jurisdiction; and (2) Plaintiff has failed to state facts entitling it to the relief it requests.

This Substantive Joinder is brought pursuant to FRCP Rule 7, Local Rules of Practice for the U.S. District Court, District of Hawaiʻi Rules LR7.1, LR7.2, LR7.4, LR 7.7, and is supported by all submissions, arguments and authorities relied on by Kauaʻi County Defendants in support of Kauaʻi County's Motion, including Kauaʻi County Defendants' Memorandum in Support of Motion and Exhibit "A" filed on July 1, 2021 [ECF # 15], and the attached Memorandum in Support of Substantive Joinder, the Declaration of Mark D. Disher, and Exhibit "1" attached hereto, all of which are being filed concurrently herein, along with the entire record and files of this case, and such other evidence as may be adduced at the hearing on this motion.

Dated: Hilo, Hawaiʻi, July 6, 2021.

        COUNTY OF HAWAIʻI, MITCHELL ROTH,
        and MAILE DAVID, Defendants

        By /s/ Mark D. Disher
          MARK D. DISHER
          Deputy Corporation Counsel
          Attorney for Hawaiʻi County Defendants