DEPARTMENT OF THE CORPORATION COUNSEL 205

| | |
|---|---|
| MOANA M. LUTEY | 6385 |
| Corporation Counsel | |
| CALEB P. ROWE | 9520 |
| IWALANI MOUNTCASTLE GASMEN | 8538 |

Deputies Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii 96793
Telephone No. (808) 270-7741
Facsimile No. (808) 270-7152
Email: caleb.rowe@co.maui.hi.us

Attorneys for Defendants
MICHAEL VICTORINO, in his official capacity as Mayor of the County of Maui, ALICE L. LEE, in her official capacity as Chair of the Maui County Council, and COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HAWAIIAN KINGDOM,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ROBINETTE BIDEN JR., in his official capacity as President of the United States; KAMALA HARRIS, in her official capacity as Vice-President and President of the United States Senate; et al.<br><br>Defendants. | CIVIL NO. 21-00243 LEK-RT<br><br>DEFENDANTS MICHAEL VICTORINO, ALICE L. LEE, and COUNTY OF MAUI'S SUBSTANTIVE JOINDER TO DEFENDANTS DEREK KAWAKAMI, ARRYL KANESHIRO AND COUNTY OF KAUA'I'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FILED ON MAY 20, 2021 [ECF NO. 1], FILED JULY 1, 2021 (ECF NO. 15); CERTIFICATE OF SERVICE |

|  |  |
|---|---|
|  | **District Judge:** Hon. Leslie E. Kobayashi |
|  | **Magistrate Judge:** Hon. Rom. A. Trader |
|  | No Trial Date Set |

**DEFENDANTS MICHAEL VICTORINO, ALICE L. LEE, and COUNTY OF MAUI'S SUBSTANTIVE JOINDER TO DEFENDANTS DEREK KAWAKAMI, ARRYL KANESHIRO AND COUNTY OF KAUA'I'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FILED ON MAY 20, 2021 [ECF NO. 1], FILED JULY 1, 2021 (ECF NO. 15)**

Defendants MICHAEL VICTORINO, in his official capacity as Mayor of the County of Maui, ALICE L. LEE, in her official capacity as Chair of the Maui County Council, and COUNTY OF MAUI, (hereinafter "Maui County Defendants"), by and through their attorneys MOANA M. LUTEY, Corporation Counsel, CALEB P. ROWE and IWALANI MOUNTCASTLE GASMEN, Deputies Corporation Counsel, hereby files their Substantive Joinder to Defendants Derek Kawakami, Arryl Kaneshiro and County of Kaua'i's Motion to Dismiss Plaintiff's Complaint for Declaratory and Injunctive Relief Filed on May 20, 2021 [ECF No. 1], filed July 1, 2021 (ECF No. 15) ("Kaua'i County's Motion").

Maui County Defendants join in Kaua'i County Defendants' argument, that Plaintiff HAWAIIAN KINGDOM's ("Plaintiff") Complaint for Declaratory and Injunctive Relief, filed on May 20, 2021 [ECF No. 1] ("Complaint") be dismissed

with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") Rules 12(b)(1) and 12(b)(6) because: (1) this Court lacks subject matter jurisdiction; and (2) Plaintiff has failed to state facts entitling it to the relief it requests.  Further, the Maui County Defendants assert that the Mayor Michael Victorino and Council-chair Alice Lee are entitled to Qualified Immunity on the same basis that Mayor Derek Kawakami and Council-chair Arryl Kaneshiro are so entitled.

This Joinder is brought pursuant to FRCP Rule 7, Local Rules of Practice for the U.S. District Court, District of Hawai'i Rules LR7.1, LR7.2, LR7.4, LR7.7, and is supported by all submissions, arguments and authorities relied on by Kaua'i County Defendants in support of Kaua'i County's Motion, including Kaua'i County Defendants' Memorandum in Support of Motion, along with the entire record and files of this case, and such other evidence as may be adduced at the hearing on this motion.

DATED:  Wailuku, Maui, Hawaii, July 12, 2021.

    MOANA M. LUTEY
    Corporation Counsel
    Attorneys for Defendants
      MICHAEL VICTORINO, in his official capacity as Mayor of the County of Maui, ALICE L. LEE, in her official capacity as Chair of the Maui County Council, and COUNTY OF MAUI

    By     /s/Caleb P. Rowe
      CALEB P. ROWE
      IWALANI MOUNTCASTLE GASMEN
      Deputies Corporation Counsel

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following electronically via CM/ECF at their last known address on the date below:

| | |
|---|---|
| DEXTER K. KA'IAMA, ESQ.<br>Department of the Attorney General<br>Hawaiian Kingdom<br>P.O. Box 2194<br>Honolulu, Hawaii 96805-2194<br><br>Attorney for Plaintiff<br>HAWAIIAN KINGDOM | attorneygeneral@hawaiiankingdom.org<br>cdexk@hotmail.com |
| MARK D. DISHER, ESQ.<br>DAKOTA K. FRENZ, ESQ.<br>LERISA L. HEROLDT, ESQ.<br>Office of the Corporation Counsel<br>County of Hawai'i<br>101 Aupuni Street, Suite 325<br>Hilo, Hawaii 96720<br><br>Attorneys for Defendants<br>COUNTY OF HAWAI'I, MITCHELL ROTH, and MAILE DAVID | mark.disher@hawaiicounty.gov<br>dakota.frenz@hawaiicounty.gov<br>lerisa.heroldt@hawaiicounty.gov |

MATTHEW M. BRACKEN, ESQ.   mbracken@kauai.gov
MARK L. BRADBURY, ESQ.   mbradbury@kauai.gov
Deputy County Attorney
Office of the County Attorney
4444 Rice Street, Suite 220
Lihu'e, Hawaii  96766

Attorneys for Defendant
DEREK KAWAKAMI, ARRYL
KANESHIR and COUNTY OF
KAUAI

DATED:  Wailuku, Maui, Hawaii, July 12, 2021.

        MOANA M. LUTEY
        Corporation Counsel
        Attorneys for Defendants
          MICHAEL VICTORINO, in his official capacity
          as Mayor of the County of Maui, ALICE L. LEE,
          in her official capacity as Chair of the Maui
          County Council, and COUNTY OF MAUI

        By     /s/Caleb P. Rowe
          CALEB P. ROWE
          IWALANI MOUNTCASTLE GASMEN
          Deputies Corporation Counsel