# MINUTE ORDER

CASE NUMBER:   CIVIL NO. 21-00243 LEK-RT

CASE NAME:   Hawaiian Kingdom vs. Joseph Robinette Biden, Jr. et al.,

JUDGE:   Leslie E. Kobayashi   DATE:   08/05/2021

COURT ACTION:  EO: COURT ORDER APPROVING PLAINTIFF'S NOTICE OF DISMISSAL AS TO FORM

On August 3, 2021, Plaintiff Hawaiian Kingdom ("Plaintiff") filed its notice of voluntary dismissal ("Notice of Dismissal") of the following defendants:

> Rick Blangiardi, in his official capacity as Mayor of the City & County of Honolulu; Mitch Roth, in his official capacity as Mayor of the County of Hawai'i; Michael Victorino, in his official capacity as Mayor of the County of Maui, Derek Kawakami, in his official capacity as Mayor of the County of Kaua'i; Tommy Waters, in his official capacity as Chair and Presiding Officer of the County Council for the City and County of Honolulu; Maile David, in her official capacity as Chair of the Hawai'i County Council; Alice L. Lee, in her official capacity as Chair of the Maui County Council; Arryl Kaneshiro, in his official capacity as Chair of the Kaua'i County Council; City and County of Honolulu, County of Hawai'i, County of Maui, and the County of Kaua'i[.]

[Dkt. no. 50.]  Although "[a]ny dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A) shall be submitted to the trial judge" to be approved as to form pursuant to Local Rule 41.1, in the interest of judicial economy, the Notice of Dismissal is hereby approved as to form.  The above defendants are therefore dismissed without prejudice.  The motion to dismiss filed by Defendants Derek Kawakami, Arryl Kaneshiro and the County of Kaua`i, [dkt. no. 15,] the joinder filed by Defendants Maile David, Mitch Roth and the County of Hawai`i, [dkt. no. 17,] and the joinder filed by Defendants Michael Victorino, Alice L. Lee, and the County of Maui, [dkt. no. 26,] are vacated in light of the Notice of Dismissal.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager