DEXTER K. KAʻIAMA (Bar No. 4249)
DEPARTMENT OF THE ATTORNEY
GENERAL, HAWAIIAN KINGDOM
P.O. Box 2194
Honolulu, HI 96805-2194
Telephone: (808) 284-5675
Email: attorneygeneral@hawaiiankingdom.org

*Attorney for Plaintiff, Hawaiian Kingdom*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HAWAIIAN KINGDOM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH ROBINETTE BIDEN JR., in his official capacity as President of the United States; KAMALA HARRIS, in her official capacity as Vice-President and President of the United States Senate; ADMIRAL JOHN AQUILINO, in his official capacity as Commander, U.S. Indo-Pacific Command; CHARLES P. RETTIG, in his official capacity as Commissioner of the Internal Revenue Service; et al.,<br><br>　　　　　Defendants. | Civil No. 1:21:cv-00243-LEK-RT<br><br>ENTRY OF DEFAULT BY CLERK OF DEFENDANT JOSELITO A. JIMENO, in his official capacity as the Philippine's Consul General to Hawaiʻi, AS TO PLAINTIFF HAWAIIAN KINGDOM'S AMENDED COMPLAINT FOR DECLARATIVE AND INJUNCTIVE RELIEF FILED ON AUGUST 11, 2021 |

## ENTRY OF DEFAULT BY CLERK OF DEFENDANT JOSELITO A. JIMENO, in his official capacity as the Philippine's Consul General to Hawai'i, AS TO PLAINTIFF HAWAIIAN KINGDOM'S AMENDED COMPLAINT FOR DECLARATIVE AND INJUNCTIVE RELIEF FILED ON AUGUST 11, 2021

IT APPEARING THAT the above-named Defendant JOSELITO A. JIMENO, in his official capacity as the Philippine's Consul General to Hawai'i, is in default for failure to answer or otherwise respond to that certain Amended Complaint for Declarative and Injunctive Relief filed herein on August 11, 2021 by Plaintiff HAWAIIAN KINGDOM, as required by law, default is entered as against JOSELITO A. JIMENO, in his official capacity as the Philippine's Consul General to Hawai'i, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED:   Honolulu, Hawai'i, _____October 18, 2021_____.



/s/ Michelle Rynne, Clerk by EA, Deputy Clerk
_____
CLERK OF THE ABOVE-ENTITLED COURT

---

*Hawaiian Kingdom v. Joseph Robinette Biden, Jr., et al.,* **Civil No. 1:21-cv-00243 LEK-RT** ENTRY OF DEFAULT BY CLERK OF DEFENDANT JOSELITO A. JIMENO, in his official capacity as the Philippine's Consul General to Hawai`i, AS TO PLAINTIFF HAWAIIAN KINGDOM'S AMENDED COMPLAINT FOR DECLARATIVE AND INJUNCTIVE RELIEF FILED ON AUGUST 11, 2021