BRIAN M. BOYNTON
  Acting Assistant Attorney General

ANTHONY J. COPPOLINO
  Deputy Branch Director

MICHAEL J. GERARDI
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, No. 12212
Washington, D.C. 20005
Telephone: 202-616-0680
Facsimile: 202-616-8460
Email: michael.j.gerardi@usdoj.gov

*Attorneys for Federal Government Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN KINGDOM<br><br>                    Plaintiff,<br><br>      vs.<br><br>JOSEPH ROBINETTE BIDEN JR.,<br>in his official capacity as President of<br>the United States; et al.,<br><br>                    Defendants. | CIVIL NO. 1:21:cv-243-LEK-RT<br><br>FEDERAL GOVERNMENT<br>DEFENDANTS' CROSS-MOTION<br>TO DISMISS THE FIRST<br>AMENDED COMPLAINT |

## FEDERAL GOVERNMENT DEFENDANTS' CROSS-MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendants, the United States Of America; Joseph Robinette Biden Jr., President Of The United States; Kamala Harris, Vice-President Of The United States; Admiral John Aquilino, Commander, U.S. Indo-Pacific Command; Charles P. Rettig, Commissioner Of The Internal Revenue Service; Charles E. Schumer, U.S. Senate Majority Leader; and Nancy Pelosi, Speaker Of The United States House Of Representatives, hereby move this Court to dismiss Plaintiff's first amended complaint. ECF No. 55. This Motion is brought pursuant to Civil Rule 12, and is supported by the attached Memorandum, and the entire file herein.

This motion is made following a conference of counsel pursuant to Local Rule 7.8, which took place on December 13, 2021.

DATED: January 14, 2022          Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
DC Bar No. 1017949
1100 L Street NW
Washington, D.C. 20005
Telephone: 202-616-0680
Facsimile: 202-616-8460
Email: michael.j.gerardi@usdoj.gov

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates noted below, a true and correct copy of the foregoing was served electronically through CM/ECF.

Dexter K. Kaiama
2700 E. King Street
Suite 11942
Honolulu, HI 96828-2039
Email: cdexk@hotmail.com
*Attorney for Plaintiff*

Scott I. Batterman
Clay Chapman Iwamura Pulice & Nervell
700 Bishop St Ste 2100
Honolulu, HI 96813
Email: sib@paclawteam.com
*Attorney for Anders G.O. Nervell, in his official capacity as Sweden's Honorary Consul to Hawai'i*

DATED:  <u>January 14, 2021</u>, at Washington, D.C.


/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI