DEXTER K. KAʻIAMA (Bar No. 4249)
DEPARTMENT OF THE ATTORNEY
GENERAL, HAWAIIAN KINGDOM
P.O. Box 2194
Honolulu, HI 96805-2194
Telephone: (808) 284-5675
Email: attorneygeneral@hawaiiankingdom.org

*Attorney for Plaintiff, Hawaiian Kingdom*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HAWAIIAN KINGDOM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH ROBINETTE BIDEN JR., in his official capacity as President of the United States; KAMALA HARRIS, in her official capacity as Vice-President and President of the United States Senate; ADMIRAL JOHN AQUILINO, in his official capacity as Commander, U.S. Indo-Pacific Command; CHARLES P. RETTIG, in his official capacity as Commissioner of the Internal Revenue Service; et al.,<br><br>　　　　Defendants. | Civil Action No. 1:21:cv-00243<br><br>HAWAIIAN KINGDOM'S NOTICE OF VOLUNTARY DISMISSAL OF AMENDED COMPLAINT [ECF 55] CONSISTANT WITH RULE 41(a)(1)(A)(i); ORDER |

## HAWAIIAN KINGDOM'S NOTICE OF VOLUNTARY DISMISSAL OF AMENDED COMPLAINT [ECF 55] CONSISTANT WITH RULE 41(a)(1)(A)(i); ORDER

Plaintiff Hawaiian Kingdom, by and through its undersigned counsel, hereby gives Notice of Voluntary Withdrawal and Dismissal of its Amended Complaint for Declaratory and Injunctive Relief filed, in this action on August 11, 2021 [ECF 55], in a manner consistent with Rule 41(a)(1)(A)(i) FRCP.

Plaintiff respectfully submits its prior filing under ECF 264 and filed November 28, 2022 (Hawaiian Kingdom's Response to Defendants David Yatuke Ige, in his official capacity as Governor of the State of Hawaii, Ty Nohara, in her official capacity as Commissioner of Securities, Isaac W. Choy, in his official capacity as the Director of the Department of Taxation of the State of Hawaii, and State of Hawaii's Motion to Dismiss Amended Complaint for Declaratory Relief filed on August 11, 2021 [ECF 262], and the Hawaiian Kingdom's Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)): complies with voluntary dismissals under the Rule 41(a)(1)(A) and 41(a)(1)(A)(i); dismisses the proceedings in the entirety; and does so without the requirement of Court approval.

Notwithstanding Plaintiff's reading of Rule 41(a)(1)(A), and having been instructed by the Court under Court Action: EO: Court Order Informing Parties that no action will be taken on Plaintiff's Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i), filed herein on December 2, 2022 [ECF 265], consistent

with FRCP Rule 41(a)(1)(A)(i), Plaintiff Hawaiian Kingdom hereby gives Notice of Voluntary Withdrawal and Dismissal of its Amended Complaint.

No answer or motion for summary judgment has been served by any Defendants or any party in this case and no trial date has been set.

DATED:   Honolulu, Hawai'i, December 9, 2022.

/s/ Dexter K. Ka'iama
DEXTER K. KA'IAMA (Bar No. 4249)
Attorney General of the Hawaiian Kingdom
DEPARTMENT OF THE ATTORNEY
GENERAL, HAWAIIAN KINGDOM
*Attorney for Plaintiff, Hawaiian Kingdom*

**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawai'i, December 13, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

HAWAIIAN KINGDOM'S NOTICE OF VOLUNTARY DISMISSAL OF AMENDED COMPLAINT [ECF 55] CONSISTANT WITH RULE 41(a)(1)(A)(i); ORDER; *Hawaiian Kingdom v. Joseph Robinette Biden, Jr., et al.,* Civil No. 1:21-cv-00243 LEK-RT

3